# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BENNY BARTON | § § § | |
| v. | § § | CASE NO. 3:18-CV-03074-S |
| NORTH AMERICAN VAN LINES ET AL | § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. Joe Kendall (Ret.)
Kendall Law Group
3811 Turtle Creek Blvd.
Suite 500
Dallas, Texas 75219
(214) 744-3000
jkendall@kendalllawgroup.com

Mediation shall be in person and completed **60 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED January 30, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE