# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BENNY BARTON | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-3074-S |
| | § | |
| NORTH AMERICAN VAN LINES, | § | |
| INC., et al. | § | |

## ORDER

This Order addresses the Parties' Agreed Motion for Continuance and Entry of First Amended Scheduling Order [ECF No. 32]. As noted in the Agreed Scheduling Order, "[t]he dispositive motion deadline, pretrial conference and trial date will not be changed at the request of any party absent extremely good cause set forth in a motion." *See* ECF No. 18, ¶ 10. The Parties have not met this burden. Therefore, the Court denies the Motion.

**SO ORDERED.**

SIGNED August 27, 2019.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**